# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

WIL-KEN ENTERPRISES, INC.,

        Plaintiff,

v.

ARJH LP, a Texas limited partnership,
AJTX Management, LLC, a Texas limited
liability company, and ABDUL HAMIDEH,

        Defendants.

Case No. 24-1020-JWB-GEB

## ORDER

The Court held a scheduled Discovery Conference on 6/23/2025. Plaintiff appeared through counsel Francis Schneider and Ryan Rising. Defendants appeared through counsel Walter Brown. After discussing the status of written discovery, the Court orders parties must complete all written discovery no later than **9/23/2025**. The remainder of the deadlines are stayed.

The Court discussed both the possibility of imposing monetary sanctions against the Defendants and holding them in contempt under Fed. R. Civ. P. 37(b), but ultimately held in abeyance the imposition of sanctions against the Defendants. Defendants shall meaningfully participate in the remainder of discovery or sanctions will be addressed with a strong potential of imposition. The Court makes the following orders for production:

1. No later than **7/3/2025**, Defendants shall make the financials, including daily sales logs, balance sheets, income statements, and additional financial document productions in accordance with the discussions during the conference.

2. No later than **6/27/2025**, Plaintiff shall prepare a list of "cloud" documents for production by Defendants, and counsel shall meet and confer regarding the documents and the relevant search terms for the email search of the ARJH email accounts of Mr. McGilbray and Ms.Cao/Vanlangendonck.

3. No later than **7/28/2025**, Defendants shall produce the emails together with any attachments identified in No. 2 above, in the agreed search.

4. No later than **8/1/2025**, the parties shall confer and address the real need for a forensic expert to extract and obtain information from "the cloud" and provide the Court with a Status Report on that issue, limited to three (3) pages.

5. Defendants shall file certificates of service and/or compliance with the Court's orders on the dates discovery responses are propounded, as discussed during the conference.

Finally, a Discovery Conference is set for **10/2/2025 at 10 a.m.** by videoconference before Magistrate Judge Gwynne E. Birzer. At such time, the Court fully expects written discovery to be complete. The parties shall be prepared to discuss scheduling of the remaining depositions, and the prospects of mediation. Parties shall submit Position Statements, limited to five (5) pages, no later than **9/25/2025**.

**IT IS SO ORDERED.**

Dated June 25, 2025, at Wichita, Kansas.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge