# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WIL-KEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARJH LP, a Texas limited partnership, AJTX Management, LLC, a Texas limited liability company, ABDUL HAMIDEH, JAMAL HAMIDEH, JHAH MO LP, and JHAH KS LP, <br><br> Defendants. | Case No. 24-1020-JWB-GEB |

## ORDER

The Court held a scheduled Discovery Conference on January 28, 2026. Plaintiff appeared through counsel Francis Schneider and Ryan Rising. Defendants appeared through counsel Walter Brown. After discussing the status of written discovery and the scope of the ongoing forensic search, the Court made the following orders:

1. The Court orders parties to complete the collection and review portion of the forensic search no later than **March 6, 2026**. Defendants must make the final production from the forensic search no later than **March 27, 2026**.

2. The scope of the forensic search, as discussed during the conference, shall include the deleted and recycled bins of Defendants' server(s). The cost of the additional search shall be limited, as much as possible, and then evenly split between the parties.

3. All OneDrive email accounts of Defendants' administrative and management staff shall be included in the key word search for responsive discovery, as

discussed during the conference, including Sandi Dimmeck, Jodi Rutledge, Aziz Hamideh, Sayeen Hamideh, and John Love. Defendants are encouraged to conduct this search in strict accordance with the spirit of the Court's order at the conference.

4. The Fed. R. Civ. P. 30(b)(6) deposition of Darren McGilbrey may be recommenced, in accordance with the discussions at the conference, once the search of his OneDrive, and the production, is complete. Darren McGilbrey may also be deposed in his personal capacity. Defendants shall have the opportunity to be present.

5. Defendants shall respond to Plaintiff's November 19, 2025 written discovery no later than **February 6, 2026**.

6. A Discovery Conference is set for **April 30, 2026 at 10 a.m.** by Video Conference before Magistrate Judge Gwynne E. Birzer. At which time, the Court fully expects to discuss the results of the completed forensic search and for written discovery to be complete.

7. The remainder of the deadlines in the matter are reset as summarized in the following table:

| SUMMARY OF FACT AND EXPERT DISCOVERY DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Close of Written Discovery | **April 24, 2026** |
| Mediation Notice | **April 30, 2026** |
| ADR report filed by Defendants | **14 days after mediation** |
| Mediation Deadline | **May 22, 2026** |
| Affirmative experts disclosed | **May 15, 2026** |
| Responsive experts disclosed | **July 17, 2026** |
| Rebuttal experts disclosed | **July 31, 2026** |
| Deadline for all parties to supplement initial disclosures | **40 days before the deadline for completing all discovery** |
| All Discovery Completed | **August 28, 2026** |
| Proposed pretrial order due | **September 18, 2026** |
| Pretrial Conference | **October 2, 2026 at 10 a.m. by Video Conference** |
| Potentially dispositive motions (e.g., summary judgment) | **Set at 4/30/2026 conference** |
| Motions challenging admissibility of expert testimony | **Set at 4/30/2026 conference** |

Finally, parties' estimated trial time for this matter is increased from three (3) days to seven (7) days.

**IT IS SO ORDERED.**

Dated February 2, 2026, at Wichita, Kansas.

s/ Gwynne E. Birzer  
GWYNNE E. BIRZER  
United States Magistrate Judge